**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| RONALD M. HARGIS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | No. 1:17-CV-172 AGF |
| JASON LEWIS, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 13th day of February, 2018.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE